

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-20-00610-CV

**GILTNER LOGISTICS SERVICES INC.**,
Appellant

v.

Jesus **RODRIGUEZ**, Jr, Individually and on behalf of the Estate of Jesus Rodriguez III,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA001731D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellee's brief was due by March 18, 2021. On that day, appellee filed an unopposed motion requesting an additional thirty days to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellee to file his brief **by April 19, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court